

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-19-00742-CR

Richard Paul **SHATLAW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6876
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record was originally due December 17, 2019.  On December 18, 2019, the district clerk filed a notification of late record requesting an extension until January 17, 2020. On December 20, 2019, we granted the district clerk's request and ordered the clerk's record due by January 17, 2020.  On that day, the district clerk filed a second notification of late record requesting an extension until January 31, 2020.  After consideration, we **GRANT** the request and **ORDER** the clerk's record due **by January 31, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court